UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 07-16388 |
| | | CHAPTER 13 |
| RANDAL M. COX | | |
| KIMBERLY R. COX | : | JUDGE JEFFERY P. HOPKINS |
| DEBTORS | | |
| | : | NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS |

    Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

    The Trustee has made numerous attempts to contact the debtor(s).  Certification of Final Payment has been filed in this case.  These Funds are now unclaimed.

<u>Check No.</u>                    <u>Amount</u>
917091                      $1,034.37

<u>Debtors Address</u>
RANDAL M. COX
KIMBERLY R. COX
205 ST. LOUIS STREET
OWENSVILLE, OH  45160


                                       Respectfully submitted,

                        /s/    <u>Margaret A. Burks, Esq.</u>
                            Margaret A. Burks, Esq.
                            Chapter 13 Trustee
                            Attorney No. OH 0030377

                            Francis J. DiCesare, Esq.
                            Staff Attorney
                            Attorney No. OH 0038798

                            Karolina F. Perr, Esq.
                            Staff Attorney
                            Attorney No. OH 0066193

                            600 Vine Street, Suite 2200
                            Cincinnati, OH 45202
                            (513) 621-4488
                            (513) 621 2643 (Facsimile)
                            mburks@cinn13.org - Correspondence only
                            fdicesare@cinn13.org
                            kperr@cinn13.org

Case 1:07-bk-16388    Doc 67    Filed 08/17/10    Entered 08/17/10 10:53:20    Desc Main
                    Document      Page 2 of 2

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, August 17, 2010.

                                         /s/     Margaret A. Burks, Esq.
                                                    Margaret A. Burks, Esq.

| Debtor(s) | Debtor(s) Counsel |
|---|---|
| RANDAL M. COX | GREGORY M. WETHERALL, ESQ. |
| KIMBERLY R. COX | 4030 MT. CARMEL-TOBASCO |
| 205 ST. LOUIS STREET | SUITE 122 |
| OWENSVILLE, OH 45160 | CINCINNATI, OH 45255 |
| | |
| | U.S. TRUSTEE |
| | 36 EAST SEVENTH STREET, SUITE 2030 |
| | CINCINNATI, OHIO 45202 |
| | (service waived) |